IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-423-6FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| BARBARA OPPONG | ) | ORDER |
| Defendant | ) | |

In order that trial activities may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals totals $178.04. The clerk is DIRECTED to pay The Chelsea Restaurant the sum of $178.04.

SO ORDERED, this 5th day of August, 2022.

*(signature)*

LOUISE W. FLANAGAN
United States District Judge